UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA

vs.

R. H. TILLEY

CASE NO.  08-mj-0018 CMK

ORDER TO PAY

The Defendant, having been found guilty of Count II, after entry of a guilty plea thereto, is

ORDERED TO PAY THE FOLLOWING:

| | | |
|---|---|---|
| Count I   | Fine: $ 240.00     | Assessment: $ 10.00 |
| Count II  | Fine: $ Dismissed  | Assessment: $ |
| Count III | Fine: $_____  | Assessment: $_____ |
| Count IV  | Fine: $_____  | Assessment: $_____ |
| Count V   | Fine: $_____  | Assessment: $_____ |

(X)   FINE TOTAL OF $240.00 and a penalty assessment of $10.00 payable in monthly installments of $100.00 or more beginning December 1, 2008, and continuing monthly until paid in full.  Said payments to be made to the U.S. District Court Clerk, 501 I Street, Sacramento, CA 95814.

DATED:  October 8, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE